# Exhibit 2

Docket

*Harris v. Darling, et al.*

## Case Information

A-25-927577-C | Angela Harris, Plaintiff(s) vs. Tracy Darling, Defendant(s)

| Case Number | Court | Judicial Officer |
|---|---|---|
| A-25-927577-C | Department 19 | Eller, Crystal |
| **File Date** | **Case Type** | **Case Status** |
| 09/09/2025 | Other Tort | Open |

## Party

Plaintiff
Harris, Angela

Active Attorneys
Lead Attorney
Green, Ronald D.
Retained

Attorney
Randazza, Marc J., ESQ
Retained

Defendant
Darling, Tracy

Active Attorneys
Pro Se

Defendant
Kohlrautz, Alexander

Active Attorneys
Lead Attorney
Beckstrom, James A.
Retained

Defendant
1 through 10, DOES

Defendant
11-20, ROE CORPORATIONS

## Events and Hearings

09/09/2025 Complaint

Comment
[1] Verified Complaint

09/09/2025 Motion for Preliminary Injunction

Comment
[2] Ex Parte Motion for Temporary Restraining Order and Preliminary Injunction

09/09/2025 Summons

Comment
[3] Summons Civil

09/09/2025 Initial Appearance Fee Disclosure

Comment
[4] Initial Appearance Fee Disclosure NRS Chapter 19

09/16/2025 Temporary Restraining Order

Comment
[5] Temporary Restraining Order

09/17/2025 Notice of Entry of Order

Comment
[6] Notice of Entry of Order

09/17/2025 Summons Electronically Issued - Service Pending

Comment
[7] Summons Civil

09/19/2025 Notice

Comment
[8] Notice Regarding Service Upon Defendants

09/22/2025 Ex Parte Motion

Comment
[9] Ex Parte Emergency Motion to Extend Temporary Restraining Order and for Alternate Service

09/23/2025 Notice

Comment
[10] Notice of Informal Service

09/23/2025 Order

Comment
[11] Order Extending Temporary Restraining Order and Permitting Alternative Service

09/24/2025 Notice of Entry of Order

Comment
[12] Notice of Entry of Order

09/25/2025 Proof of Service

Comment
[13] Proof of Service

10/15/2025 Motion

Judicial Officer
Barisich, Veronica M.

Hearing Time
10:00 AM

Result
Motion Granted

Comment
Plaintiff s Motion to convert the Temporary Restraining Order into a Preliminary Injunction

Parties Present
Plaintiff

Attorney: Green, Ronald D.

10/30/2025 Order Granting Preliminary Injunction

Comment
[14] Preliminary Injunction

10/31/2025 Notice of Entry of Order

Comment
[15] Notice of Entry of Order - Preliminary Injunction

11/20/2025 Order

Comment
[16] Stipulation and Order to Extend Deadline for Responsive Pleading

11/20/2025 Notice of Entry of Stipulation and Order

Comment
[17] Notice of Entry of Stipulation and Order

12/04/2025 Amended Complaint

Comment
[18] First Amended Verified Complaint

01/06/2026 Motion to Dismiss

Comment
[19] Defendant Alexander Kohlrautz's Motion to Dismiss Plaintiff's First Amended Complaint

01/06/2026 Motion to Dismiss

Comment
[20] Defendant Tracy Darling's Motion to Dismiss Plaintiff's First Amended Complaint Pursuant to NRCP 12(B)(2) and NRCP 12(B)(5)

01/06/2026 Errata

Comment
[21] Errata to Defendant Tracy Darling's Motion to Dismiss Plaintiff's First Amended Complaint Pursuant to NRCP 12(B)(2) and NRCP 12(B)(5)

01/07/2026 Status Check

Judicial Officer
Eller, Crystal

Hearing Time
3:00 AM

Cancel Reason
Vacated

Comment
ISC - Answer per SAO

01/07/2026 Clerk's Notice of Hearing

Comment
[22] Notice of Hearing

01/07/2026 Clerk's Notice of Hearing

Comment
[23] Clerk's Notice of Hearing

01/20/2026 Opposition to Motion to Dismiss

Comment
[24] Opposition to Defendants Tracy Darling and Alexander Kohlrautzs Motions to Dismiss First Amended Complaint

02/20/2026 Reply in Support

Comment
[25] Defendant Alexander Kohlrautz's Reply in Support of Motion to Dismiss Plaintiff's First Amended Complaint

02/20/2026 Reply in Support

Comment
[26] Defendant Tracy Darling's Reply in Support of Motion to Dismiss Plaintiff's First Amended Complaint

02/20/2026 Motion

Comment
[27] Alexander Kohlrautz's Motion to Modify and/or Dissolve Preliminary Injuction

02/23/2026 Court Recorders Invoice for Transcript

Comment
[28]

02/23/2026 Clerk's Notice of Hearing

Comment
[29] Notice of Hearing

02/23/2026 Recorders Transcript of Hearing

Comment
[30] Recorder's Transcript of Proceedings RE: Plaintiff's Motion to convert the Temporary Restraining Order into a Preliminary Injunction 10/25/2025

03/04/2026 Motion to Dismiss

Judicial Officer
Eller, Crystal

Hearing Time
11:00 AM

Cancel Reason
Vacated - Duplicate Entry

Comment
Defendant Alexander Kohlrautz's Motion to Dismiss Plaintiff's First Amended Complaint

03/04/2026 Motion to Dismiss

Judicial Officer
Eller, Crystal

Hearing Time
11:00 AM

Result
Denied Without Prejudice

Comment
Defendant Alexander Kohlrautz's Motion to Dismiss Plaintiff's First Amended Complaint

03/04/2026 Motion to Dismiss

Judicial Officer
Eller, Crystal

Hearing Time
11:00 AM

Result
Dismissed Without Prejudice

Comment
Defendant Tracy Darling's Motion to Dismiss Plaintiff's First Amended Complaint Pursuant to NRCP 12(B)(2) and NRCP 12(B)(5)

03/04/2026 All Pending Motions

Judicial Officer
Eller, Crystal

Hearing Time
11:00 AM

Result
Matter Heard

Parties Present

Plaintiff: Harris, Angela

Attorney: Green, Ronald D.

Defendant

Attorney: Beckstrom, James A.

03/06/2026 Opposition

Comment
[31] Opposition to Defendant Alexander Kohlrautzs Motion to Modify and or Dissolve Preliminary Injunction

03/09/2026 Court Recorders Invoice for Transcript

Comment
[32]

03/10/2026 Recorders Transcript of Hearing

Comment
[33] Recorder's Transcript of Hearing RE: All Pending Motions 3/04/2026

03/16/2026 Order

Comment
[34] Order on Defendant Tracy Darling's Motion To Dismiss Plaintiff's First Amended Complaint And Defendant Alexander Kohlrautz's Motion To Dismiss First Kohlrautz's Motion To Dismiss First

03/17/2026 Notice of Entry of Order

Comment
[35] Notice of Entry of Order

03/23/2026 Reply in Support

Comment
[36] Defendant Alexander Kohlrautz's Reply in Support of Motion to Modify and-or Dissolve Preliminary Injunction

03/31/2026 Second Amended Complaint

Comment
[37] Second Amended Complaint

04/01/2026 Motion

Judicial Officer
Eller, Crystal

Hearing Time
10:00 AM

Result
Granted in Part

Comment
Alexander Kohlrautz's Motion to Modify and/or Dissolve Preliminary Injuction

Parties Present

Plaintiff

Attorney: Green, Ronald D.

Defendant

Attorney: Beckstrom, James A.

04/03/2026 Court Recorders Invoice for Transcript

Comment
[38]

04/07/2026 Recorders Transcript of Hearing

Comment
[39] Recorder's Transcript of Proceedings RE: Alexander Kohlrautz's Motion to Modify and/or Dissolve Preliminary Injunction 04/01/2026

04/13/2026 Answer to Amended Complaint

Comment
[40] Defendants' Answer to Plaintiff's Second Amended Complaint

04/13/2026 Demand for Jury Trial

Comment
[41] Demand for Jury Trial

04/16/2026 Order Shortening Time

Comment
[42] Plaintiff's Motion on an Order Shortening Time for Appointment of a Special Master to Take Custody of Therapy Recordings

04/16/2026 Notice of Entry of Order

Comment
[43] Notice of Entry of Order Shortening Time

04/17/2026 Supplement

Comment
[44] Supplement to Motion for Appointment of a Special Master

04/20/2026 Opposition to Motion

Comment
[45] Defendants' Opposition to Plaintiff's Motion on an Order Shortening Time for Appointment of a Special Master to Take Custody of Therapy Recordings

04/21/2026 Notice of Hearing

Comment
[46] Order Resetting, for Clarification, Motion to Modify and/or Dissolve Preliminary Injunction; Order Setting Motion for Appointment of a Special Master to Take Custody of Therapy Recordings

04/27/2026 Motion for Appointment

Judicial Officer
Eller, Crystal

Hearing Time
3:00 AM

Cancel Reason
Vacated

Comment
Motion forAppointment of a Special Master to Take Custody of Therapy Recordings

04/29/2026 Reply in Support

Comment
[47] Plaintiff's Reply in Support of Motion for Appointment of a Special Master to Take Custody of Therapy Recordings

04/29/2026 Audiovisual Transmission Equipment Appearance Request

Comment
[48] Notice of Intent of Expert Witness to Appear by Simultaneous Audiovisual Transmission Equipment

05/06/2026 Motion for Appointment

Judicial Officer
Eller, Crystal

Hearing Time
9:00 AM

Result
Motion Denied

Comment
Motion for Appointment of a Special Master to Take Custody of Therapy Recordings

05/06/2026 Motion

Judicial Officer
Eller, Crystal

Hearing Time
9:00 AM

Result
Matter Heard

Comment
Clarification of Motion to Modify and/or Dissolve Preliminary Injunction; Order Setting Motion

05/06/2026 All Pending Motions

Judicial Officer
Eller, Crystal

Hearing Time
9:00 AM

Result
Matter Heard

Parties Present
Plaintiff: Harris, Angela

Attorney: Green, Ronald D.

Defendant

Attorney: Beckstrom, James A.

05/07/2026 Court Recorders Invoice for Transcript

Comment
[49]

05/11/2026 Recorders Transcript of Hearing

Comment
[50] Recorder's Transcript of Proceedings RE: All Pending Motions 5/08/2026

05/20/2026 Order

Comment
[51] Joint Order (1) Grant in Part & Deny in Part Kohlrautz's Motion to Modify-Dissolve Premliminary Injuction (2) Deny Plaintiff's Motion to Appoint Special Master

05/20/2026 Notice of Entry of Order

Comment
[52] Notice of Entry of Order

05/21/2026 Joint Case Conference Report

Comment
[53] Joint Case Conference Report

06/01/2026 Mandatory Rule 16 Conference Order

Comment
[54] Order Scheduling Mandatory Rule 16 Conference

06/15/2026 Stipulation and Order

Comment
[55] Stipulation and Order to Continue Mandatory Rule 16 Conference

06/15/2026 Notice of Entry of Stipulation and Order

Comment
[56] Notice of Entry of Stipulation and Order

06/22/2026 Suggestion of Bankruptcy

Comment
[57] Suggestion of Bankruptcy

06/24/2026 Mandatory Rule 16 Conference

Judicial Officer
Eller, Crystal

Hearing Time
10:00 AM

Result
Matter Heard

Parties Present
Plaintiff

Attorney: Green, Ronald D.

Defendant

Attorney: Beckstrom, James A.

07/08/2026 Status Check

Judicial Officer
Eller, Crystal

Hearing Time
3:00 AM

Cancel Reason
Vacated

Comment
Order Staying Discovery 30 Days

07/08/2026 Status Check

Judicial Officer
Eller, Crystal

Hearing Time
10:00 AM

Result
Matter Heard

Comment
Status Check: Copies of Files

Parties Present

Plaintiff

Attorney: Green, Ronald D.

Defendant

Attorney: Beckstrom, James A.

07/08/2026 All Pending Motions

Judicial Officer
Eller, Crystal

Hearing Time
10:00 AM

Cancel Reason
Vacated - On in Error

07/13/2026 Order Scheduling Status Check

Comment
[58] Order Scheduling Status Check

07/15/2026 Order Shortening Time

Comment
[59] Motion to Withdrawal as Counsel of Record for Defendant Tracy Darling Only on Order Shortening Time

07/17/2026 Notice

Comment
[60] Notice of Filing in Bankruptcy Proceeding of Defendant

07/22/2026 Status Check

Judicial Officer
Eller, Crystal

Hearing Time
10:00 AM

Result
Set Status Check

Comment
Status Check: Status of Bankruptcy / Withdrawal of Mr. Beckstrom as Counsel

07/22/2026 Motion to Withdraw as Counsel

Judicial Officer
Eller, Crystal

Hearing Time
10:00 AM

Result
Motion Granted

Comment
Motion to Withdrawal as Counsel of Record for Defendant Tracy Darling Only on Order Shortening Time

07/22/2026 All Pending Motions

Judicial Officer
Eller, Crystal

Hearing Time
10:00 AM

Result
Matter Heard

Parties Present
Plaintiff

Attorney: Green, Ronald D.

07/28/2026 Order Scheduling Status Check

Comment
[61] Order Scheduling Status Check

07/28/2026 Order Granting Motion

Comment
[62] Order Granting Motion to Withdraw as Counsel of Record for Defendant Tracy Darling Only

07/29/2026 Notice of Entry of Order

Comment
[63] Notice of Entry of Order

08/04/2026 Motion to Stay

Comment
[64] Plaintiff's Motion to Stay Court Proceedings Pending Resolution of Nondischargeability Action

08/06/2026 Clerk's Notice of Hearing

Comment
[65] Notice of Hearing

08/11/2026 Stipulation and Order

Comment
[66] Stipulation and Order Continue Status Conference

08/11/2026 Notice of Entry of Order

Comment
[67] 2026.08.11 Notice of Entry of Order

08/18/2026 Opposition to Motion

Comment
[68] Opposition to Plaintiff's Motion to Stay Court Proceedings Pending Resolution of Nondischargeability Action

08/19/2026 Status Check

Judicial Officer
Eller, Crystal

Hearing Time
10:00 AM

Result
Matter Heard

Comment
STATUS CHECK: BANKRUPTCY

08/19/2026 Status Check

Judicial Officer
Eller, Crystal

Hearing Time
10:00 AM

Result
Matter Heard

Comment
STATUS CHECK: LIFT OF STAY AS TO DEFT. KOHLRAUTZ

08/19/2026 All Pending Motions

Judicial Officer
Eller, Crystal

Hearing Time
10:00 AM

Result
Matter Heard

Parties Present
Plaintiff

Attorney: Green, Ronald D.

Defendant

Attorney: Beckstrom, James A.

08/20/2026 Stipulation and Order

Comment
[69] Stipulation and Order to Continue Hearing of September 9, 2026

08/20/2026 Notice of Entry of Stipulation and Order

Comment
[70] Notice of Entry of Stipulation and Order

09/16/2026 Reply

Comment
[71] Plaintiff's Reply in Support of Motion to Stay Court Proceedings Pending Nondischargeability Action

09/23/2026 Status Check

Judicial Officer
Eller, Crystal

Hearing Time
10:00 AM

Comment
Order Staying Case As Discussed At The June 24, 2026 Mandatory Rule 16 Conference.

09/23/2026 Motion to Stay

Judicial Officer
Eller, Crystal

Hearing Time
10:00 AM

Comment
Plaintiff's Motion to Stay Court Proceedings Pending Resolution of Nondischargeability Action

## Financial

Harris, Angela

| | |
|---|---|
| Total Financial Assessment | $480.00 |
| Total Payments and Credits | $480.00 |

| | | | | |
|---|---|---|---|---|
| 9/9/2025 | Transaction Assessment | | | $270.00 |
| 9/9/2025 | Efile Payment | Receipt # 2025-70650-CCCLK | Harris, Angela | ($270.00) |
| 2/23/2026 | Transaction Assessment | | | $90.00 |
| 2/23/2026 | Online Payment | Receipt # 2026-15096-CCCLK | angela harris | ($90.00) |
| 3/9/2026 | Transaction Assessment | | | $40.00 |
| 3/9/2026 | Online Payment | Receipt # 2026-20215-CCCLK | Angela harris | ($40.00) |
| 4/3/2026 | Transaction Assessment | | | $40.00 |
| 4/7/2026 | Online Payment | Receipt # 2026-29148-CCCLK | Angela Harris | ($40.00) |
| 5/7/2026 | Transaction Assessment | | | $40.00 |
| 5/11/2026 | Online Payment | Receipt # 2026-39372-CCCLK | Angela Harris | ($40.00) |

Darling, Tracy

| | |
|---|---|
| Total Financial Assessment | $446.00 |
| Total Payments and Credits | $446.00 |

| | | | | |
|---|---|---|---|---|
| 2/23/2026 | Transaction Assessment | | | $223.00 |
| 2/25/2026 | Online Payment | Receipt # 2026-15724-CCCLK | James Beckstrom | ($223.00) |
| 4/13/2026 | Transaction Assessment | | | $223.00 |
| 4/13/2026 | Efile Payment | Receipt # 2026-30777-CCCLK | Darling, Tracy | ($223.00) |

Kohlrautz, Alexander

| | |
|---|---|
| Total Financial Assessment | $223.00 |
| Total Payments and Credits | $223.00 |

| | | | | |
|---|---|---|---|---|
| 2/23/2026 | Transaction Assessment | | | $223.00 |
| 2/25/2026 | Online Payment | Receipt # 2026-15722-CCCLK | James Beckstrom | ($223.00) |