# **Exhibit 4**

Temporary Restraining Order
September 16, 2025

Electronically Filed
09/16/2025 9:26 PM
CLERK OF THE COURT

**ORDG**

Marc J. Randazza, NV Bar No. 12265
Ronald D. Green, NV Bar No. 7360
RANDAZZA LEGAL GROUP, PLLC
8991 W. Flamingo Road, Ste. B
Las Vegas, NV 89147
Telephone: 702-420-2001
ecf@randazza.com

Attorneys for Plaintiff
Angela Harris.

**EIGHTH JUDICIAL DISTRICT COURT**

**CLARK COUNTY, NEVADA**

| | |
|---|---|
| ANGELA HARRIS,<br><br>Plaintiff,<br><br>v.<br><br>TRACY DARLING, an individual; ALEXANDER KOHLRAUTZ, an individual; DOES 1 through 10; ROE CORPORATIONS 11 through 20;<br><br>Defendants. | Case No. A-25-927577-C<br><br>Dept. 19<br><br>**~~[PROPOSED]~~ TEMPORARY RESTRAINING ORDER** |

This matter, having come before the Court on Plaintiff Angela Harris' *Ex Parte* Motion for Temporary Restraining Order, and it appearing for good cause shown, the Motion is GRANTED for the reasons stated in the Memorandum of Points and Authorities in support of her Motion for Temporary Restraining Order:

Plaintiff has met her burden of demonstrating both irreparable harm and a likelihood of success as to her claims for public disclosure of private facts, promissory estoppel, fraud in the inducement, and civil extortion against Defendants Tracy Darling and Alexander Kholrautz. The

Court takes into account the totality of the circumstances and the facts attested to by Ms. Harris in her Verified Complaint.

Plaintiff has demonstrated a likelihood of success because it appears, based upon the limited record before the Court, that Ms. Darling improperly recorded her therapy sessions with Plaintiff Harris and provided those recordings to Defendant Kohlrautz in violation of her duties to Ms. Harris as her counselor, and despite her explicit promises to Ms. Harris that she would not distribute the recordings to anyone. Additionally, based upon the limited record before the Court, it appears that Defendant Kohlrautz unlawfully distributed the recordings of Plaintiff Harris' therapy sessions to at least one third party and implicitly threatened to distribute them to additional parties if Plaintiff Harris did not stop assisting her daughter in her daughter's child custody dispute with Defendant Kohlrautz.

Plaintiff has demonstrated irreparable harm because the release of these recordings could cause damage to her reputation if Defendants distribute them to third parties, and reputational damage is irreparable if it is prospective in nature and can be prevented through the issuance of injunctive relief, as is the case here.

An examination of a balance of the equities weighs in favor of issuing injunctive relief. Plaintiff Harris merely requests that Defendants be enjoined from making her private facts public. Defendants Darling and Kohlrautz, on the other hand, will not be harmed if they are prohibited from disseminating these recordings to the public.

Plaintiff has demonstrated the need to issue this temporary restraining order *ex parte*, so that Defendants Darling and Kohlrautz do not distribute recordings of Plaintiff's therapy sessions as soon as they learn of this lawsuit.

Accordingly, it is hereby ORDERED that Plaintiff's Motion for Temporary Restraining Order is GRANTED. Defendants Darling and Kohlrautz are enjoined from disseminating recordings of Plaintiff Harris's therapy sessions to anyone and are instructed to destroy those recordings to prevent their dissemination in the future.

IT IS FURTHER ORDERED that Plaintiff shall post a bond of $100, which the Court finds is an appropriate amount under the circumstances.

IT IS FURTHER ORDERED that a hearing on Plaintiff's Motion to convert the Temporary Restraining Order into a Preliminary Injunction is set for October 1st, 2025 at 10:00 a.m./p.m. Any opposition to Plaintiff's Motion for Preliminary Injunction must be submitted to this Court no later than 9/24/2025 @ 12:00pm, and any reply in support of the Motion must be submitted by 9/29/2025 @ 12:00pm.

~~DATED this ___ day of September, 2025~~.

Dated this 16th day of September, 2025

DISTRICT COURT JUDGE

**2A1 60C 7A06 5D47**
**Crystal Eller**
**District Court Judge**

Submitted By:

/s/ Ronald D. Green
Marc J. Randazza, NV Bar No. 12265
Ronald D. Green, NV Bar No. 7360
RANDAZZA LEGAL GROUP, PLLC
8991 W. Flamingo Road, Ste. B
Las Vegas, NV 89147
Telephone: 702-420-2001
ecf@randazza.com

Attorneys for Plaintiff
Angela Harris.

**CSERV**

DISTRICT COURT
CLARK COUNTY, NEVADA

| | |
|---|---|
| Angela Harris, Plaintiff(s) | CASE NO: A-25-927577-C |
| vs. | DEPT. NO. Department 19 |
| Tracy Darling, Defendant(s) | |

**AUTOMATED CERTIFICATE OF SERVICE**

Electronic service was attempted through the Eighth Judicial District Court's electronic filing system, but there were no registered users on the case. The filer has been notified to serve all parties by traditional means.