# Exhibit 5

Extended Temporary Restraining Order
September 23, 2025

Electronically Filed
09/23/2025 3:42 PM
CLERK OF THE COURT

**ORDR**

Marc J. Randazza, NV Bar No. 12265
Ronald D. Green, NV Bar No. 7360
RANDAZZA LEGAL GROUP, PLLC
8991 W. Flamingo Road, Ste. B
Las Vegas, NV 89147
Telephone: 702-420-2001
ecf@randazza.com

Attorneys for Plaintiff
Angela Harris.

**EIGHTH JUDICIAL DISTRICT COURT**
**CLARK COUNTY, NEVADA**

| | |
|---|---|
| ANGELA HARRIS,<br><br>Plaintiff,<br><br>v.<br><br>TRACY DARLING, an individual; ALEXANDER KOHLRAUTZ, an individual; DOES 1 through 10; ROE CORPORATIONS 11-20;<br><br>Defendants. | Case No. A-25-927577-C<br><br>Dept. XIX<br><br>**[PROPOSED] ORDER EXTENDING TEMPORARY RESTRAINING ORDER AND PERMITTING ALTERNATE SERVICE** |

This matter, having come before the Court on Plaintiff Angela Harris *Ex Parte* Emergency Motion to Extend Temporary Restraining Order and for Alternate Service, and it appearing for good cause shown, the Motion is GRANTED for the reasons stated in the Memorandum of Points and Authorities in support of the Motion.

Accordingly, it is hereby ORDERED that Plaintiff's *Ex Parte* Emergency Motion to Extend Temporary Restraining Order and for Alternate Service is GRANTED.

IT IS FURTHER ORDERED that the Temporary Restraining Order is hereby extended for a period of 14 days, or until Wednesday, October 15. While Plaintiff has diligently attempted to serve Defendants since the issuance of the Temporary Restraining Order, she has not been able to

do so. Good cause exists to extend the Temporary Restraining Order, as the extension will provide Plaintiff additional time to serve Defendants Kohlrautz and Darling and ensure that Defendants have sufficient time to oppose Plaintiff's Motion for Preliminary Injunction, should they wish to do so.

IT IS FURTHER ORDERED that Plaintiff is permitted to serve Defendants Darling and Kohlrautz via alternative service. Specifically, Plaintiff shall be permitted to serve Defendants via electronic mail and U.S. Mail at the following addresses: pursuant to NRCP 4.4 b (1)

For Defendant Tracy Darling:

Email address: uranianastrologer@gmail.com

Mailing address: 1207 Glen Creek Dr., Mansfield, TX 76063

For Defendant Alexander Kohlrautz:

Email address: xanjul@gmail.com; xk@xllc.co

Mailing address: 2460 E. Serene Ave., Unit 326, Henderson, NV 89074

IT IS FURTHER ORDERED that the briefing schedule and hearing on Plaintiff's Motion to convert the Temporary Restraining Order into a Preliminary Injunction is hereby amended and modified as follows: A hearing on Plaintiff's Motion is set for October 15, 2025 at 10 : 00 a.m./p.m. Any opposition to Plaintiff's Motion for Preliminary Injunction must be submitted to this Court no later than October 7, 2025 @ 12pm, and any reply in support of the Motion must be submitted by October 10, 2025 @ 12pm.

**Dated this 23rd day of September, 2025**

[signature]

**967 D5B ED18 BE42**
**Crystal Eller**
**District Court Judge**

Dated: September 22, 2025.

Respectfully submitted,

/s/ Ronald D. Green

Marc J. Randazza, NV Bar No. 12265
Ronald D. Green, NV Bar No. 7360
RANDAZZA LEGAL GROUP, PLLC
8991 W. Flamingo Road, Ste. B
Las Vegas, NV 89147
Telephone: 702-420-2001
ecf@randazza.com

Attorneys for Plaintiff
Angela Harris

Case No. A-25-927577-C

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document was electronically filed on this 22nd day of September, 2025 and served via the Eighth Judicial District Court's Odyssey electronic filing system.

/s/ Ronald D. Green
RONALD D. GREEN

**CSERV**

DISTRICT COURT
CLARK COUNTY, NEVADA

| | |
|---|---|
| Angela Harris, Plaintiff(s) | CASE NO: A-25-927577-C |
| vs. | DEPT. NO. Department 19 |
| Tracy Darling, Defendant(s) | |

**AUTOMATED CERTIFICATE OF SERVICE**

Electronic service was attempted through the Eighth Judicial District Court's electronic filing system, but there were no registered users on the case. The filer has been notified to serve all parties by traditional means.