# Exhibit 8

Order Denying Motion to Dismiss
March 17, 2026

ELECTRONICALLY SERVED
3/16/2026 3:05 PM
Electronically Filed
03/16/2026 3:04 PM
CLERK OF THE COURT

**ORDR**

Marc J. Randazza, NV Bar No. 12265
Ronald D. Green, NV Bar No. 7360
RANDAZZA LEGAL GROUP, PLLC
8991 W. Flamingo Road, Ste. B
Las Vegas, NV 89147
Telephone: 702-420-2001
ecf@randazza.com

Attorneys for Plaintiff
Angela Harris

**EIGHTH JUDICIAL DISTRICT COURT**

**CLARK COUNTY, NEVADA**

| | |
|---|---|
| ANGELA HARRIS,<br><br>Plaintiff,<br><br>v.<br><br>TRACY DARLING, an individual; ALEXANDER KOHLRAUTZ, an individual; DOES 1 through 10; ROE CORPORATIONS 11-20;<br><br>Defendants. | Case No. A-25-927577-C<br><br>Dept. XIX<br><br>**ORDER ON DEFENDANT TRACY DARLING'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT AND DEFENDANT ALEXANDER KOHLRAUTZ'S MOTION TO DISMISS FIRST AMENDED COMPLAINT** |

This matter, having come before this Honorable Court on March 4, 2026, in Department XIX before the Honorable Crystal Eller, on the Motions to Dismiss filed by Defendant Tracy Darling and Defendant Alexander Kohlrautz on January 6, 2026, with Plaintiff's Opposition being filed on January 20, 2026, and Defendants having filed their Replies in support of the Motion on February 20, 2026; with Plaintiff appearing by her counsel of record, Ronald D. Green, Jr. of Randazza Legal Group, PLLC; and Defendants appearing by their counsel of record, James Beckstrom of Beckstrom & Beckstrom, LLP, with the Court having considered the papers and

pleadings on file in this matter and the oral arguments of counsel presented at the time of the hearing and with good cause appearing, orders the following:

**IT IS ORDERED** that Defendant Tracy Darling's Motion to Dismiss the Amended Complaint for Lack of Personal Jurisdiction pursuant to NRCP 12(b)(2) is DENIED WITHOUT PREJUDICE;

**IT IS FURTHER ORDERED** that Defendant Tracy Darling's Motion to Dismiss the unjust enrichment claim in the Amended Complaint pursuant to NRCP 12(b)(5) is DENIED WITHOUT PREJUDICE;

**IT IS FURTHER ORDERED** that Defendant Tracy Darling's Motion to Dismiss the fraudulent inducement claim in the Amended Complaint pursuant to NRCP 12(b)(5) is DENIED WITHOUT PREJUDICE and that Plaintiff Angela Harris is GRANTED LEAVE TO AMEND the fraudulent inducement claim;

**IT IS FURTHER ORDERED** that Defendant Tracy Darling's Motion to Dismiss the invasion of privacy claim in the Amended Complaint pursuant to NRCP 12(b)(5) is DENIED WITHOUT PREJUDICE and that Plaintiff Angela Harris is GRANTED LEAVE TO AMEND the invasion of privacy claim;

**IT IS FURTHER ORDERED** that Defendant Tracy Darling's Motion to Dismiss the intentional infliction of emotional distress claim in the Amended Complaint is DENIED WITHOUT PREJUDICE. The Court finds that as it is pled now, there are not sufficient facts to support the claim, but the dismissal is going to be denied without prejudice and leave to amend is granted. If Plaintiff has facts to support this claim, they must be plead within an amended complaint. Otherwise, the motion to dismiss will be granted;

**IT IS FURTHER ORDERED** that Defendant Alexander Kohlrautz's Motion to Dismiss the intentional infliction of emotional distress claim in the Amended Complaint is DENIED WITHOUT PREJUDICE. The Court finds that as it is pled now, there are not sufficient facts to support the claim, but the dismissal is going to be denied without prejudice and leave to amend is

granted. If Plaintiff has facts to support this claim, they must be plead within an amended complaint. Otherwise, the motion to dismiss will be granted;

**IT IS FURTHER ORDERED** that Defendant Alexander Kohlrautz's Motion to Dismiss the civil extortion claim in the Amended Complaint is DENIED WITHOUT PREJUDICE;

**IT IS FURTHER ORDERED** that Plaintiff shall have fourteen (14) days from Notice of Entry of Order to file a Second Amended Complaint.

**Dated this 16th day of March, 2026**

**CAB 0CA 0A95 4D46**
**Crystal Eller**
**District Court Judge**

Submitted by;
/s/ Ronald D. Green
Marc J. Randazza, NV Bar No. 12265
Ronald D. Green, NV Bar No. 7360
RANDAZZA LEGAL GROUP, PLLC
8991 W. Flamingo Road, Ste. B
Las Vegas, NV 89147
Telephone: 702-420-2001
ecf@randazza.com

Attorneys for Plaintiff
Angela Harris

Approved as to form and content:
/s/ James A. Beckstrom
James A Beckstrom, NV Bar No. 14032
BECKSTROM & BECKSTROM, LLP
400 So. 4th Street, Suite 650
Las Vegas, NV 89101
Telephone: 725-300-0599
jb@beckstromlaw.com

Attorneys for Defendants
Tracy Darling and Alexander Kohlrautz

**CSERV**

DISTRICT COURT
CLARK COUNTY, NEVADA

| | |
|---|---|
| Angela Harris, Plaintiff(s) | CASE NO: A-25-927577-C |
| vs. | DEPT. NO. Department 19 |
| Tracy Darling, Defendant(s) | |

**AUTOMATED CERTIFICATE OF SERVICE**

This automated certificate of service was generated by the Eighth Judicial District Court. The foregoing Order was served via the court's electronic eFile system to all recipients registered for e-Service on the above entitled case as listed below:

Service Date: 3/16/2026

| | |
|---|---|
| Randazza Legal Group PLLC | ecf@randazza.com |
| James Beckstrom | jb@beckstromlaw.com |
| Suzanne Boggs | sb@beckstromlaw.com |