BTXN 027 (rev. 04/26)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re:<br>Wayne Alan Darling and Tracy Ellen O'Reilly Darling<br>Debtor(s) | § | Case No.: 26−42672−elm7<br>Chapter No.: 7 |
| Angela Harris<br>Plaintiff(s) | § | Adversary No.: 26−04122−elm |
| vs.<br>Wayne Alan Darling et al.<br>Defendant(s) | § | |

Dear Randazza:

The above referenced case has been reviewed as part of the Clerk's Office continuing effort to identify cases that are deficient. Our review indicates that this case requires:

- ☐ Case Status
- ☐ An Order in resolution of
- ☐ A Notice of Hearing on
- ☑ An Amendment or Correction to a filing as follows Adversary proceeding cover sheet. Must include both defendants..
- ☐ The following additional Filing:

Please electronically file the requested documents, provide a specific date for which this information will be provided to the Court, or provide information as to why this case should remain open. Failure to respond within 7 days from the date of this letter may result in the Court setting a status conference to determine why the document(s) has not been filed or the matter may be denied for want of prosecution.

DATED: 9/21/26

FOR THE COURT:
Stephen J Manz, Clerk of Court

by: /s/T Grandstaff, Deputy Clerk
Travis_Grandstaff@txnb.uscourts.gov