Clayton L. Everett, Texas State Bar No. 24065212
NORRED LAW, PLLC | 515 E. Border Street | Arlington, Texas 76010
Phone: (817) 704-3984 | clayton@norredlaw.com
Counsel for Defendants

# United States Bankruptcy Court

Northern District of Texas
Fort Worth Division

| | |
|---|---|
| In re:<br>Wayne Alan Darling and<br>Tracy Ellen O'Reilly Darling,<br>Debtor(s), | Case No. 26-42672-elm7<br><br>Chapter 7 |
| Angela Harris<br>Plaintiff(s),<br>vs. | Adversary No. 26-04122-elm |
| Wayne Alan Darling et al.,<br>Defendant(s) | |

## AGREED MOTION TO EXTEND DEFENDANTS' DEADLINE TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

Defendants Tracy Ellen O'Reilly Darling and Wayne Alan Darling ("Defendants") file this Agreed Motion and respectfully state.

1. Plaintiff Angela Harris filed her Complaint on September 21, 2026 (Adv. ECF No. 1). Under Federal Rules of Bankruptcy Procedure 7012(a), Defendants' deadline to answer or otherwise respond is October 21, 2026.

2. Defendants request a fourteen-day extension of that deadline, through and including November 4, 2026, so that the parties may confer about narrowing the issues raised by the Complaint.

3. The Plaintiff agrees to the requested extension. This is Defendants' first request for an extension, it is made before the deadline expired, and it is not sought for delay. See Fed. R. Bankr. P. 9006(b)(1).

4. Defendants therefore request that the Court enter the agreed order submitted as Exhibit A, extending the Defendants' deadline to answer or otherwise respond to the Complaint through and including November 4, 2026, and grant such other relief as is just.

Respectfully submitted,

Norred Law, PLLC

By: __/s/ Clayton L. Everett____
Clayton L. Everett
Texas State Bar No. 24065212
clayton@norredlaw.com
515 E. Border St.
Arlington, Texas 76010
O 817-704-3984, F. 817-524-6686
Counsel for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on October 21, 2026, a true and correct copy of the foregoing document was served electronically via the Court's CM/ECF system on all parties registered to receive electronic notices in this case, including counsel for Movant Angela Harris (Marc J. Randazza, ecf@randazza.com).

/s/ Clayton L. Everett
Clayton L. Everett