CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed October 22, 2026**

**United States Bankruptcy Judge**

---

United States Bankruptcy Court
Northern District of Texas
Fort Worth Division

| | |
|---|---|
| In re:<br>Wayne Alan Darling and<br>Tracy Ellen O'Reilly Darling,<br>Debtor(s), | Case No. 26-42672-elm7<br><br>Chapter 7 |
| Angela Harris<br>Plaintiff(s),<br>vs. | Adversary No. 26-04122-elm |
| Wayne Alan Darling et al.,<br>Defendant(s) | |

**<u>AGREED MOTION TO EXTEND DEFENDANTS' DEADLINE TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT</u>**

Came on for consideration the Agreed Motion to Extend Defendants' Deadline to Answer or Otherwise Respond to Complaint (Adv. ECF No. 9). The Court, noting the agreement of the parties, finds that cause exists to grant the Motion. It is therefore:

ORDERED that the deadline for Defendants Tracy Ellen O'Reilly Darling and Wayne Alan Darling to answer or otherwise respond to the Complaint (Adv. ECF No. 1) is extended through and including November 4, 2026.

IT IS SO ORDERED.

**# # # END OF ORDER # # #**

**AGREED AS TO FORM AND SUBSTANCE:**

/s/ Clayton L. Everett
Clayton L. Everett
Texas State Bar No. 24065212
Norred Law, PLLC
515 E. Border St.,
Arlington, Texas 76010
(817) 704-3984 | clayton@norredlaw.com
Counsel for Defendants

/s/ Marc J. Randazza (with permission)
Marc J. Randazza, NDTX Bar No. 651477MA
Randazza Legal Group, PLLC
8991 W. Flamingo Rd., Ste. B,
Las Vegas, NV 89147
(702) 420-2001 | ecf@randazza.com
Counsel for Plaintiff