# United States Bankruptcy Court

Northern District of Texas
Fort Worth Division

| | |
|---|---|
| In re: Wayne Alan Darling and<br>Tracy Ellen O'Reilly Darling,<br>Debtor(s), | Case No. 26-42672-elm7 |
| Angela Harris<br>Plaintiff(s), | Chapter 7 |
| vs.<br>Tracy Ellen O'Reilly Darling, et al.,<br>Defendant(s) | Adversary No. 26-04122-elm |

**ORDER GRANTING DEFENDANTS' PARTIAL MOTION TO DISMISS**

Came on for consideration Defendants' Partial Motion to Dismiss and Brief in Support (ECF No. __) (the "Motion") filed by Defendants Tracy Ellen O'Reilly Darling and Wayne Alan Darling. Having considered the Motion, any response and reply, the Complaint (ECF No. 1) and its exhibits, and the arguments of counsel, if any, the Court finds that the Motion should be granted. It is therefore:

ORDERED that the Motion is GRANTED; it is further

ORDERED that the claims under 11 U.S.C. § 523(a)(4) asserted in Claims I, II, and IV of the Complaint are DISMISSED WITH PREJUDICE; it is further

ORDERED that the claims under 11 U.S.C. § 523(a)(6) asserted in Claims I, II, and IV of the Complaint are DISMISSED WITH PREJUDICE; it is further

ORDERED that all claims for monetary relief and for relief under 11 U.S.C. § 523

against Defendant Wayne Alan Darling are DISMISSED WITH PREJUDICE; and it is further

ORDERED that Claims III and V of the Complaint remain pending.

**# # # END OF ORDER # # #**

Order submitted by:

Clayton L. Everett
Texas Bar No. 24065212
NORRED LAW, PLLC
515 E. Border St., Ste. 163
Arlington, Texas 76010
Telephone: (817) 704-3984
Email: clayton@norredlaw.com
Counsel for Defendants